UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY L. HOLMES,

    Plaintiff,

v.

STATE OF WASHINGTON, et al.,

    Defendants.

Case No. C08-5574RJB

ORDER DIRECTING COMPLETION OF U.S. MARSHAL'S SERVICE FORMS

Plaintiff filed his Complaint (Dkt. 3) on October 2, 2008. Plaintiff provided the Court with copies of his complaint for each of the four named Defendants, but failed to provide the required U.S. Marshal's Service Forms. Service of Plaintiff's Complaint will not be effected until Plaintiff provides the Court with completed U.S. Marshal's Service Forms for each named Defendant.

The Clerk is hereby directed to send a copy of this Order and four (4) U.S. Marshal's Service Forms to Plaintiff by first class mail. Plaintiff is ORDERED to complete and return the four (4) U.S. Marshal's Service Forms to the Court by no later than November 10, 2008.

DATED this 10th day of October, 2008.

ROBERT J. BRYAN
United States District Judge

ORDER - 1