UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PERRY L. HOLMES,

    Plaintiff,

    v.

STATE OF WASHINGTON, THURSTON COUNTY SHERIFF OFFICE SRO UNIT, INDETERMINATE SENTENCE REVIEW BOARD,

    Defendants.

Case No. C08-5574

ORDER DIRECTING COMPLETION OF U.S. MARSHAL'S SERVICE.

On October 2, 2008, the plaintiff Perry L. Holmes filed a complaint under 42 U.S.C. § 1983, naming as defendants the State of Washington with Governor Christine Gregoire in her official capacity, the Indeterminate Sentence Review Board with Jeralita "Jeri" Costa in her official capacity as Chair, and the Thurston County Sheriff's Office and Det. Daryl Leischner SRO Unit. Dkt. 3. When the plaintiff filed his complaint, he provided the court with copies of his complaint for each of the four named defendants but failed to provide the required U.S. Marshal's Service Forms.

On October 10, 2008, the court issued an order directing the Clerk to send to the plaintiff four (4) U.S. Marshal's Service Forms for each named defendant. Dkt. 4. The plaintiff was ordered to complete and return the four (4) U.S. Marshal's Service Forms to the court by no later than November 10, 2008.

On October 20, 2008, it appears from the record that the plaintiff returned four (4) completed U.S. Marshal's Service Forms. However, it appears that the plaintiff used these four (4) U.S. Marshal's Service

ORDER
Page - 1

1 Forms for the following defendants: the State of Washington, Governor Christine Gregoire in her official
2 capacity, the Indeterminate Sentence Review Board, and Jeralita Costa in her official capacity. It is unclear
3 whether service was made on Thurston County Sheriff's Office and Det. Daryl Leischner SRO Unit.

4     The Clerk is hereby directed to send a copy of this Order and two (2) U.S. Marshal's
5 Service Forms to the plaintiff by first class mail. The plaintiff is **ORDERED** to complete and return the
6 two (2) U.S. Marshal's Service Forms to the Court by no later than March 11, 2009. If plaintiff does not
7 respond or otherwise show cause as to why he did not return the U.S. Marshal's Service Forms for
8 Thurston County Sheriff's Office and Det. Daryl Leischner SRO Unit, the court may dismiss the plaintiff's
9 claims against the Thurston County Sheriff's Office and Det. Daryl Leischner SRO Unit without prejudice.

10     The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
11 party appearing *pro se* at said party's last known address.

12     DATED this 19th day of February, 2008.

*[signature]*
ROBERT J. BRYAN
United States District Judge