# United States District Court

WESTERN DISTRICT OF WASHINGTON

PERRY L. HOLMES

      v.

STATE OF WASHINGTON et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5574RJB

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The claims against the Thurston County Sheriff's Office are **DISMISSED** for failure to prosecute. This case is **DISMISSED.**

    April 24, 2009                                       BRUCE RIFKIN
                                                                                      Clerk

                                                                                Jennie L. Patton
                                                                                  Deputy Clerk